JS-6

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10
11
12
13
14
15
16
17

| | |
|---|---|
| VOGUE INTERNATIONAL, LLC d/b/a VOGUE INTERNATIONAL, a Delaware limited liability company, | CV 14-3570 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation, | |
| Defendant. | |

18
19         Pursuant to the Court's August 11, 2014 Minute Order granting the Motion for

20   Summary Judgment filed by defendant Hartford Casualty Insurance Company ("Defendant"),

21   which granted summary judgment to Defendant on all claims asserted by plaintiff Vogue

22   International, LLC ("Plaintiff"),

23         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is

24   granted in favor of Defendant.

25         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall

26   take nothing, and that Defendant shall have its costs of suit.

27   DATED: August 11, 2014                  _____

28                                            Percy Anderson
                                            UNITED STATES DISTRICT JUDGE